1  Chris Johnstone (SBN 242152)
   chris.johnstone@wilmerhale.com
2  WILMER CUTLER PICKERING HALE
     AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 858-6147
   Facsimile: (650) 858-6100
5
   *Attorneys for Plaintiffs*
6  VNK MANAGEMENT, LLC, AND
   VINOD KHOSLA
7

8  SAUL EWING ARNSTEIN & LEHR LLP
   henry.platt@saul.com  (SBN: 142304)
9  1919 Pennsylvania Avenue, NW, Suite 550
   Washington, D.C., 20006-3434
10 Telephone: (202) 333-8800
   Facsimile: (202) 295-6776
11
   *Attorneys for Defendant*
12 JEFFREY PARKER

13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16
                    **SAN JOSE DIVISION**
17

18
   VNK MANAGEMENT, LLC, and,
19 VINOD KHOSLA                              Case No. 5:20-cv-04799-SVK

20     Plaintiffs,                           **JOINT STIPULATION REQUESTING
                                             ORDER TO EXTEND PLAINTIFFS' TIME
21     v.                                    TO FILE OPPOSITION TO DEFENDANT'S
                                             MOTION TO DISMISS; [PROPOSED]
22 JEFFREY PARKER,                           ORDER**

23     Defendant.

24

25

26

27

28

Pursuant to Civil Local Rule 6-2(a), Plaintiffs VNK Management, LLC and Vinod Khosla and Defendant Jeffrey Parker respectfully submit this Stipulated Request for an Order extending Plaintiffs' time to file an opposition to Defendant's Motion to Dismiss.

WHEREAS, Plaintiffs served the state court Complaint on Defendant on June 17, 2020;

WHEREAS, Defendant's deadline to respond to the Complaint was July 17, 2020;

WHEREAS, Defendant removed the case to federal court on July 17, 2020;

WHEREAS, Defendant filed a motion to dismiss on July 24, 2020, and Plaintiffs' opposition to the motion is currently due on August 7, 2020;

WHEREAS, the hearing on the motion is currently scheduled for September 1, 2020;

WHEREAS, the short time frame between Defendant's removal and the filing of the motion to dismiss and the press of business will make it difficult for Plaintiffs to prepare an opposition to Defendant's motion to dismiss absent the requested extension of time;

WHEREAS, Plaintiffs have conferred with Defendant regarding the requested extension of time, and Defendant has agreed to the requested extension;

WHEREAS, there have been no previous time modifications in the case, whether by stipulation or Court order;

WHEREAS, the short extension will have no effect on the current Initial Case Management Conference, which is currently also set for October 20, 2020, at 9:30 AM;

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' time to file an opposition shall be extended to August 28, 2020. Defendant's reply brief shall be due on September 18, 2020, and the hearing shall be held at 10:00 AM on October 20, 2020, or another date and time convenient to the Court.

| | |
|---|---|
| 1  DATED: August 4, 2020 | Respectfully submitted, |
| | |
| | By: /s/ Chris Johnstone |
| | Chris Johnstone |
| | |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 858-6147 |
| | |
| | Attorney *for Plaintiffs* |
| | VNK MANAGEMENT, LLC, and |
| | VINOD KHOSLA |

DATED: August 4, 2020                By:   /s/ Henry Platt
                                     Henry Platt

SAUL EWING ARNSTEIN & LEHR LLP
henry.platt@saul.com  (SBN: 142304)
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C., 20006-3434
Telephone: (202) 333-8800
Facsimile: (202) 295-6776

*Attorney for Defendant*
JEFFREY PARKER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:        August 4 , 2020                   _/s/ Susan van Keulen_

The Honorable Susan van Keulen
United States Magistrate Judge