UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNK MANAGEMENT, LLC, et al., | Case No. 20-cv-04799-SVK |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| JEFFREY PARKER, | Re: Dkt. No. 55 |
| Defendant. | |

Plaintiff reports that this case has settled. Dkt. 55. All previously-scheduled deadlines are stayed until **July 30, 2021**.

By **July 23, 2021 at 12:00 p.m.**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **July 27, 2021 at 11:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **July 23, 2021 at 12:00 p.m.**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: July 12, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge